In The United States District Court
For The District OF Delaware

Ronald G. Johnson )
v.  Petitioner )
 )
 ) Civil Action No: 04-1444 (KAJ)
United States Probation Office, )
For The District Of Delaware ) Petition For Writ Of Habeas
 ) Corpus 28 USC 2241, 2255

## Request For Case Number

FILED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Petition For Writ Of Habeas Corpus 28 USC 2241, 2255

ComesNow the Petitioner and Move the Clerk to provide me the Case Number of my Petition For Writ Of Habeas Corpus Re Ronald G. Johnson v. U.S. Probation Office For The District of Delaware. The Case was Dismiss over or about 10 months ago. It was Appealed to United State Court of Appeals, For The Third Circuit. The Third Circuit Case Number is Case Number 04-4710

Thank You and your help and kindness is truely truely Appreciated a stamp envelope is also included.
December 20, 2005   Ronald Johnson



Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19802

Legal Mail

United States District Court
844 N. King Street
Wilmington, Delaware 19802