In The United States District Court
For The District of Delaware

Ronald G. Johnson )
)
v. ) Civil Action No. 1:04-CV-01444 K.A.J.
)
United States Probation Office )
)

## Motion For Transfer Of Case To Proper Jurisdiction

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now the Petitioner and Moves this Honorable Court to transfer his Case to the Proper Jurisdiction. In support thereof Petitioner Presents the Following. Petitioner also seeks Copy of his petition.

1.) The District Court Dismiss Petitioner Petition in December 2004. Petitioner Appeal was Denied or the Appellant Application for Certificate of Appellabity was Denied. Therefore petition should have been transfer to Proper Jurisdiction by the District Court. The Petitioner is not a lawyer and Could not transfer or know that a Motion to transfer to Proper Jurisdiction was Proper. Therefore Petitioner Moves the Court to transfer Case to Proper Jurisdiction.

2.) Petitioner Moves this Honorable Court for a Copy of his Petition.

Thank You and Your help and kindness is Appreciated Ronald Johnson



Legal Mail

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19802

Ronald G. Johnson
#182474 / H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
19809