OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 6, 2006

TO: Ronald G. Johnson
SBI #182421
Howard R. Young Correctional Institution
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

RE: *Request for Copywork; 04-1444(KAJ)*

Dear Mr. Johnson:

A letter has been received by the Clerk's office from you requesting a copy of your petition.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment in the amount of $11.00 should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

COPY

19

# In The United States District Court For The District Of Delaware

Ronald G. Johnson )
)
V. )
) Civil Action No. 1:04-CV-01444 K.A.J.
United States Probation Office )
)

## Motion For Transfer Of Case To Proper Jurisdiction

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Comes Now the Petitioner and Moves this Honorable Court to transfer his Case to the Proper Jurisdiction. In support thereof Petitioner Presents the Following. Petitioner also seeks Copy of his petition.

1.) The District Court Dismiss Petitioner Petition in December 2004. Petitioner Appeal was Denied or the Appellant Application for Certificate of Appellabity was Denied. Therefore petition Should have been transfer to Proper Jurisdiction by the District Court. The Petitioner is not a lawyer and Could not transfer or know that a Motion to transfer to Proper Jurisdiction was Proper. Therefore Petitioner Moves the Court to transfer Case to Proper Jurisdiction.

2.) Petitioner Moves this Honorable Court for a Copy of his petition.

Thank You and Your help and kindness is Appreciated  Ronald Johnson