IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD JOHNSON, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| v. | )    Civil Action No. 04-1444-KAJ |
| | ) |
| UNITED STATES PROBATION OFFICE OF WILMINGTON, DELAWARE, | ) ) ) |
| | ) |
|       Respondent. | ) |

## ORDER

At Wilmington this 9th day of January, 2006;

IT IS ORDERED that:

Petitioner Ronald Johnson's "Motion For Transfer Of Case To Proper Jurisdiction" is DENIED. (D.I. 19)  In December 2004, I dismissed Johnson's petition for habeas corpus relief filed pursuant to 28 U.S.C. §§ 2241 and 2255 for lack of jurisdiction. See (D.I. 7)  Johnson appealed, and the Court of Appeals for the Third Circuit summarily affirmed, holding that "[j]urists of reason would not debate whether the District Court was correct in its procedural ruling." (D.I. 17)  Johnson now contends that, once the Third Circuit rendered its opinion, I should have transferred his petition "to the proper jurisdiction." (D.I. 19)  This argument is frivolous and without merit.

                                                      _/s/_
                                      UNITED STATES DISTRICT JUDGE