In The United States District Court
For The District Of Delaware

Ronald G. Johnson           )
       v.  Petitioner       )
                            )  Civil Action No. 04-1444-K.A.J.
United States Probation     )
Office Of Wilmington        )  I will be Appealing your
Delaware,                   )  Denials of my Motions. And
                               the whole Case of my Writ of
       Respondant              Habeas Corpus Claim if Denied
                               No Direct Appeal has been made

## Motion For Copy Of Petition

### And

## Motion For Appointment Of Counsel

Comes Now, The Petitioner Ronald G Johnson and Moves this Honorable Court for a Copy of Petition and For Appointment of Counsel.

The petitioner is proceeding in Forma Pauperis therefore he can not afford a Copy of his petition. A copy is need to transfer case to proper Court of Jurisdiction. Also the

Petitioner will be Appeal your Denial of his Motion for Transfer of Case to proper Court of Jurisdiction.

The Petitioner Moves this Honorable Court for a Copy of his petition because it contains information in it to make my Application for Certification of Appeal.

The petitioner Move this Honorable Court for appointment of Counsel. Counsel is needed to prepare Certificate of Appeal. Although this Court Rule it lacks Jurisdiction and the Court of Appeals for The Third Circuit Ruled a reasonable juris would not Consider the District Court ruling wrong, It do not mean my Petition lacks merits for Habeas Corpus relief. And does not mean this Court Lacks jurisdiction. The Ruling is one Sided. No attorney for the petitioner has responded. Therefore Petitioner seeks appointment of Counsel. Ronald Johnson Jan. 12, 2005

