In The United States District Court
For The District Of Delaware

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 FEB -7 PM 5:00

Ronald G. Johnson )
V.                 ) Civil Action No. 1:04-cv-01444-K.A.J.
                   )
U.S. Probation Officer et.al., )   Dear Clerk
                                    Please forward me a Copy of
                                    my Petition for Writ of Habeas Corpus. Thanks!

Motion For Copy Of Writ Of Habeas Corpus Petition

---

Comes Now, the Petitioner Ronald G. Johnson and Moves this Honorable Court for a Copy of his Writ of Habeas Corpus Petition. Defendant is indigent and proceeding in Forma Pauperis. The Petitioner is indigent and intends on Proceeding Further in Seeking Writ of Habeas Corpus. My Petition may be modified or Changes to a Writ of Mandamus. Or the Writ my be filed in another District. One way, or another, or all ways of seeking relief the Petitioner will will need a Full Copy of his Petition. Thank You and your help and Kindness is appreciated!

Sincerely Yours  Ronald Johnson 2-3-06



Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington Delaware 19809

I am Indigent
Please Supply Postage

$00.39⁰  FEB 06 2006
MAILED FROM ZIPCODE 19802

Legal Mail

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19802

LEGAL MAIL ONLY