IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. A. No. 04-1444-KAJ |
| ) | |
| UNITED STATES PROBATION ) | |
| OFFICE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

At Wilmington this 9th day of February, 2006;

IT IS ORDERED that:

1. *Pro se* petitioner Ronald G. Johnson's "Motion to Appoint Counsel" is DENIED. (D.I. 22.) On December 3, 2004, I dismissed Johnson's habeas petition filed pursuant to 28 U.S.C. § 2241 for lack of jurisdiction. The case is now closed, thus, there is no pending matter before me for which Johnson requires the appointment of counsel.

2. Johnson's "Motion for a Free Copy of § 2241 Petition" is DENIED. (D.I. 22.)

_____
UNITED STATES DISTRICT JUDGE