OFFICE OF THE CLERK

MARCIA M. WALDRON          UNITED STATES COURT OF APPEALS          TELEPHONE

CLERK                            FOR THE THIRD CIRCUIT                  215-597-2995
                            21400 UNITED STATES COURTHOUSE
                                  601 MARKET STREET
                            PHILADELPHIA 19106-1790
                                                         February 21, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

                            Re:  Johnson v. US Probation Office
                                 D. Del. No. 04-cv-1444-KAJ

Dear Mr. Dalleo:

       Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third
Circuit Local Appellate Rules, we are forwarding the attached Petition for Writ of
Mandamus that should be construed as a notice of appeal in light of the District Court's
Order which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of
Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was
postmarked February 13, 2006 and should be docketed as of that date.**

       This document is being forwarded solely to protect the litigant's right to appeal as
required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local
Appellate Rules.  Upon receipt of the document, kindly process it according to your
Court's normal procedures.  If your office has already received the same document,
please disregard the enclosed copy to prevent duplication.

       Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of
appeal must be filed with the Clerk of the District Court.  This Court may not act on an
appeal until the notice has been docketed in the District Court and certified to this Court
by the District Court Clerk.

       Thank you for your assistance in this matter.


                            Very truly yours,

                            Marcia M. Waldron, Clerk

                            By:  /s/ Bradford A. Baldus
                                 Bradford A. Baldus
                                 Senior Legal Advisor to the Clerk

Enclosure
cc:  Ronald Johnson SBI #182421 (w/out enclosure)