United States Court Of Appeals
For The Third Circuit

Ronald G. Johnson  )
    Petitioner  )  U.S. Court of Appeals, Third Circuit
V.  )  Civil Action No. _____
 )
U.S. Probation Office  )
Of Delaware  )  U.S. District Court, For Delaware
 )  Civil Action No. 04-1444 KAJ.

## Petition For Writ Of Mandamus

Comes Now, the Petitioner and Moves this Honorable Court to issue Writ of Mandamus to the United States District Of Delaware to Order a transfer of my Case Civil Action No. 04-1444 KAJ. to the Proper District Court Of Jurisdiction. The District Court Ruled that it's not the Proper District Court Of Jurisdiction. So Please Order the Case transferred to Proper District. The District refused to grant me anymore Proceeding on Civil Action No. 04-1444 KAJ and told the Clerk not allow Further Proceedings. Petitioner's Address Is: Ronald G. Johnson #132474 P.O. Box 9561 Wilmington, De 19809

Oath and Affidavit: I Declare the above true under perjury Ronald Johnson
2-10-06

