In The United States District Court
For The District Of Delaware

Ronald G. Johnson           )
Movant, Appellant           )
         V                  )
                            )   D.Del. No. 04-CV-1444-K.A.J.
U.S. Probation Office       )
Respondant, Appellee        )

## Motion For Certificate Of Appealibility

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now the Defendant, Movant and Appellant and file this Certificate of Appealibility or for my right to appeal the Courts "Order" Denying my Motion for 1) transfer of my Petition For Writ Of Habeas Corpus to proper Court of Jurisdiction. This Court Judge Kent A. Jordan Dismissed my petition claiming he lack Jurisdiction. If so then I Moved the Court to transfer the case to the proper Court of Jurisdiction.

2) The Petitioner Moved the Court For Appointment of Counsel pursuant to Title 18 U.S.C. 3006A(a)(2)(B); IOP 10.3.2. Criminal Justice Act

Conclusion: Petitioner Appellant Moves the Court to Consiter his Notice of Appeal also as his Motion For Certificate Of Appeal
Thank you Sincerely   Sincerely yours Ronald G. Johnson  2-24-06

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

February 21, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: Johnson v. US Probation Office
D. Del. No. 04-cv-1444-KAJ

Dear Mr. Dalleo:

    Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached Petition for Writ of Mandamus that should be construed as a notice of appeal in light of the District Court's Order which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was postmarked February 13, 2006 and should be docketed as of that date.**

    This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

    Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

    Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: /s/ Bradford A. Baldus
Bradford A. Baldus
Senior Legal Advisor to the Clerk

Enclosure
cc: Ronald Johnson SBI #182421 (w/out enclosure)

Ronald G. Johnson
#182424 / H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

" Legal Mail "

Office Of The Clerk
United States District Court
For The District of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware 19802

LEGAL MAIL ONLY