OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 2, 2006

TO: Ronald Johnson
    SBI #182421
    Howard R. Young Correctional Institution
    P.O. Box 9561
    Wilmington, DE 19802

*RE: Status Letter; 04-1444(KAJ)*

Dear Mr. Johnson:

   This office received a letter from you on 2/28/06. Your appeal was filed with the USCA for the 3rd Circuit on 2/28/06, Appeal Number 06-1660. At this time your appeal is pending.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Kent A. Jordan

30

# In The United States District Court For The District Of Delaware

Ronald G. Johnson  )
Movant, Appellant  )
V                  )
                   )  D. Del. No. 04-CV-1444-K.A.J.
U.S. Probation Office )
Respondant, Appellee )
                   )

## Motion For Certificate Of Appealibility

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now the Defendant, Movant and Appellant and file this Certificate of Appealibility or for my right to appeal the Courts "Order" Denying my Motion for 1) transfer of my Petition For Writ Of Habeas Corpus to proper Court of Jurisdiction. This Court Judge Kent A. Jordan Dismissed my petition Claiming he lack Jurisdiction. If so then I Moved the Court to transfer the Case to the proper Court of Jurisdiction.

2) The Petitioner Moved the Court For Appointment of Counsel pursuant to Title 18 U.S.C. 3006A(a)(2)(B); IOP 10.3.2. Criminal Justice Act

Conclusion: Petitioner Appellant Moves the Court to Consiter his Notice of Appeal also as his Motion For Certificate of Appeal
Thank you Sincerely, Sincerely Yours Ronald G. Johnson 2-24-06