IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 04-1444-KAJ |
| | ) | |
| U.S. PROBATION OFFICE, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

At Wilmington this 13th day of March, 2006;

IT IS ORDERED that:

Petitioner Ronald G. Johnson's "Motion for Judge Kent Jordan to Recuse

Himself from Handling [Civil Action No. 04-1444-KAJ]," filed on February 16, 2006, is

DENIED.   (D.I. 26.)   Johnson contends that I am biased and prejudiced against him

because I consolidated certain habeas proceedings and denied the relief requested

therein.  An unfavorable ruling is not a basis for recusal.  *See Securacomm Consulting,*

*Inc. v. Securacomm, Inc.*, 224 F.3d 273, 278-79 (3d Cir. 2000).  Regardless, Johnson's

request for my recusal is moot because I denied his § 2241 petition in December 2004,

and the case was re-closed on January 9, 2006.  (D.I. 7; D.I. 21.)

_____
UNITED STATES DISTRICT JUDGE