FPS-223                                                                              DATE: March 21, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-1660

Johnson v. U S Probation Office

To:   Clerk

1)   Motion by Appellant for leave to appeal in forma pauperis

_____

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2).

Should the appellant file any future applications for leave to proceed in forma pauperis in this Court, the application must be accompanied by a statement of his prison account for the prior six months.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated:   March 23, 2006

lwc/cc:   Mr. Ronald G. Johnson
          Patricia C. Hannigan, Esq.



A True Copy:

Marcia M. Waldron, Clerk