DPS-325

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-1660

---

RONALD G. JOHNSON,

Appellant

v.

U.S. PROBATION OFFICE OF
WILMINGTON DELAWARE

---

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ No. 04-cv-01444)
District Judge: Honorable Kent A. Jordan

---

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action
Under Third Circuit LAR 27.4 and I.O.P. 10.6
August 31, 2006

BEFORE: FUENTES, VAN ANTWERPEN and CHAGARES, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

---

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(b) or summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED:   September 13, 2006

Certified as a true copy and issued in lieu
of a formal mandate on November 1, 2006.

Teste:   *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit